IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANNY C. EVANS,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO. CV204-198

### ORDER

Plaintiff has filed an application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. He seeks attorney's fees in the amount of $4,085.79 plus $150.00 court costs. Defendant has responded that she has no substantive objections or arguments in opposition to Plaintiff's application for attorney's fees. Accordingly, Plaintiff's application for fees and costs is **GRANTED**. IT IS HEREBY ORDERED that Plaintiff's counsel is awarded fees in the amount of $4,985.79 plus $150.00 in costs.

**SO ORDERED**, this 26 day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)