AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANNY C. EVANS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-198

JO ANNE B. BARNHART,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 26, 2006, granting Plaintiff's application for fees and costs; judgment is hereby entered in favor of Plaintiff Danny C. Evans and against the Defendant Jo Anne B. Barnhart, Commissioner of Social Security in the amount of FOUR THOUSAND NINE HUNRED EIGHTY FIVE DOLLARS AND 79/100, ($4,985.79) fees and ONE HUNDRED FIFTY DOLLARS ($150.00) in costs.J

January 26, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03